FILED

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAR 1 4 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08 CR 56-MEF |
| | ) | [8 USC 1324(a)(1)(A)(iii)] |
| DANEILA LYNN HARPER | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

COUNT 1

From on or about February 4, 2008, up to and including February 19, 2008, within the Middle

District of Alabama, defendant,

DANEILA LYNN HARPER,

did, knowing and in reckless disregard that an alien had come to, entered, and remained in the United

States in violation of law, conceal, harbor, and shield from detection, such alien in any place,

including any building and any means of transportation, in violation of Title 8, United States Code,

Section 1324(a)(1)(A)(iii).

A TRUE BILL:

*Marie A. Holley*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*Susan R. Redmond*
Susan R. Redmond
Assistant United States Attorney