**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **Case No.: 2:08cr56-MEF** |
| | ) | |
| **DANEILA LYNN HARPER** | ) | |

**MOTION TO WITHDRAW FEDERAL DEFENDERS
AS COUNSEL OF RECORD**

COMES NOW the Federal Defenders Office and moves to withdraw the office as Counsel of Record on behalf of Defendant.

In support of this Motion, counsel states the following:

1. On March 25, 2008, the Federal Defender Office was appointed to represent Ms. Harper with respect to the above- styled case.

2. A conflict exists between the Federal Defenders Office, Ms. Harper and a client of the Federal Defenders Office.

3. Undersigned counsel requests that on behalf of Ms. Harper, CJA Panel Attorney, Ben Bruner, Esquire, be appointed to represent her in all further proceedings in this case.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Ms. Harper and that CJA Panel Attorney, Ben Bruner, Esquire be appointed to represent him.

Dated this 26th day of March, 2008.

Respectfully submitted,

s/ Aylia McKee
AYLIA MCKEE
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: aylia_mckee@fd.org
ASB-6178-A39M

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | Case No.: 2:08cr56-MEF |
| | ) | |
| **DANEILA LYNN HARPER** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan Redmond, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                                      Respectfully submitted,

                                                      s/ Aylia McKee
                                                      AYLIA MCKEE
                                                      Assistant Federal Defender
                                                      201 Monroe Street, Suite 407
                                                      Montgomery, Alabama 36104
                                                      Phone: (334) 834-2099
                                                      Fax: (334) 834-0353
                                                      E-mail: aylia_mckee@fd.org
                                                      ASB-6178-A39M