# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CR. NO. 2:08-CR-56-MEF |
| ) | |
| DANEILA LYNN HARPER ) | |

## ORDER

Upon consideration of the *Motion to Withdraw as Counsel of Record* (Doc. #9) filed by the defendant, it is

**ORDERED** that the *Motion to Withdraw* be and is hereby **GRANTED**.

It is further **ORDERED** that CJA Panel Attorney Ben Bruner be and is hereby appointed to represent the defendant for all further proceedings. Appointed counsel shall file a notice of appearance with this court.

Done this 27th day of March, 2008.

                                                 /s/Charles S. Coody
                                         CHARLES S. COODY
                                         CHIEF UNITED STATES MAGISTRATE JUDGE