IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2008 APR -2  A 10: 39
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:08CR056-MEF |
| | ) | |
| DANEILA LYNN HARPER | | |

**NOTICE OF APPEARANCE**

COMES NOW, the undersigned and gives notice of his appearance in this cause as appointed CJA counsel for the Defendant Daneila Lynn Harper.

Respectfully submitted,

Ben Bruner
Attorney at Law
505 S. Perry Street
Montgomery, Alabama 36104
(334) 323 4463

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on the parties shown below by placing a copy of the same in the U.S. Mail, properly addressed

and postage prepaid.

Done this ___1___ day of ___April___, 2008.

_____
Ben Bruner

Leura Canary, Esq.
United States Attorney
P.O. Box 197
Montgomery, Alabama 36101