IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:08CR056-MEF |
| | ) | |
| DANEILA LYNN HARPER | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW, the defendant, by and through counsel and gives notice to this Honorable Court that she intends to change her plea from not guilty to guilty.

Respectfully submitted,

_____
Ben Bruner
Attorney at Law
505 S. Perry Street
Montgomery, Alabama  36104
(334) 323 4463

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on the parties shown below by placing a copy of the same in the U.S. Mail, properly addressed

and postage prepaid or by serving the same by electronic means as set forth in the rules of this court.

                Done this _____day of _____, 2008.


                _____
                Ben Bruner


Todd Brown, Esq.
United States Attorney
P.O. Box 197
Montgomery, Alabama  36101