**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

July 17, 2008

# NOTICE OF DEFICIENCY

**To:**     **Attorney Ben E. Bruner**

**From:   Clerk's Office**

**Case Style:    U.S.A. vs. Daneila Lynn Harper**

**Case Number:    2:08cr56-MEF**

**Referenced Pleading:   Notice of Intent to Change Plea, Doc. #15**

The above referenced pleading filed by electronic means on 7/16/08 does not contain your electronic signature and date on the signature page or the certificate of service page as required by the Criminal Administrative Procedures.

Please file a signature page and certificate of service page by conventional means for the referenced pleading with your signature and date as soon as possible.